1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) |
| RICKARD DENNIS ANDERSON, | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

No. C 08-4946 SBA (pr)
No. C 08-5046 SBA (pr)

**ORDER OF**
**DISMISSAL**

Petitioner Rickard D. Anderson has filed two petitions for a writ of habeas corpus.  In the petition forms he writes nonsensical phrases with no clear relationship to each other.  Attached to the petition form filed in Case no. C 08-4946 SBA (PR) are random documents, including a partially-completed state habeas petition form, a 28-page informational packet regarding federal habeas corpus from the Prison Law Office, and a letter from the Prison Law Office.  Petitioner has also filed two separate applications to proceed in forma pauperis (IFP).

Nowhere does Petitioner assert identifiable federal claims or make coherent factual allegations that could give rise to valid habeas corpus or civil rights claims.  Nor does he allege the exhaustion of state remedies, which is a prerequisite to filing a federal habeas corpus action.  28 U.S.C. § 2254(b).  Petitioner has previously filed several petitions which have all been dismissed as unintelligible.  In addition, Petitioner has filed well over one hundred complaints in this Court since 2003, all of which have been unintelligible.  It is difficult to ascertain from Petitioner's complaints who he is seeking relief from or what relief he is seeking.  These filings serve no reasonable litigation purpose, and they impose an unreasonable burden on the Court and its staff.  Furthermore, based on Petitioner's past history of failing to respond to this Court's orders to amend unintelligible complaints, the Court finds that granting Petitioner leave to amend would be futile.

United States District Court

For the Northern District of California

1      Accordingly, the instant actions are DISMISSED WITHOUT PREJUDICE.  Petitioner's IFP

2  applications are GRANTED.  All other pending motions are TERMINATED.  The Clerk of the

3  Court shall close both files.

4      IT IS SO ORDERED.

5  DATED: 11/18/08

6                                  SAUNDRA BROWN ARMSTRONG

                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    RICKARD DENNIS ANDERSON et al,          Case Number: CV08-04946 SBA

7                    Plaintiff,              **CERTIFICATE OF SERVICE**

8        v.

9    SHERIFF MICHAEL HENNESSY et al,

10                   Defendant.

11   _____/

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
13   Northern District of California.

14   That on November 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
15   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
     in the Clerk's office.

16

17

18   Rickard Dennis Anderson F-11871
     Mule Creek State Prison
19   4001 State Highway 104
     Ione,  CA 95640
20

21   Dated: November 20, 2008

                                              Richard W. Wieking, Clerk
22                                            By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Anderson4946&5046.DISMISS.unintelligible.frm          3